UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60263-WPD

JEAN SAMSON,

        Plaintiff,

v.

YMP REAL ESTATE MANAGEMENT, LLC, et al.,

        Defendants.

_____

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant YMP Real Estate Management LLC's Verified Motion for Attorneys' Fees [DE 33] ("YMP's Motion for Attorneys' Fees"); Defendant Robert Ruiz's Verified Motion for Attorneys' Fees [DE 34] ("Ruiz's Motion for Attorneys' Fees"); Defendant YMP's Verified Motion to Tax Costs [DE 28] ("YMP's Motion to Tax Costs"); and the January 26, 2023 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 45] (the "Report"). The Court notes that no objections to the Report [DE 45] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 45] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 45] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 45] is hereby **ADOPTED** and **APPROVED**;

2. YMP's Motion for Attorneys' Fees [DE 33] and Ruiz's Motion for Attorneys' Fees [DE 34] are **GRANTED IN PART**;

3. YMP's Motion to Tax Costs [DE 28] is **GRANTED**; and

4. Defendant YMP is entitled to attorneys' fees in the amount of **$10,384**, and costs in the amount of **$402**. Defendant Ruiz is entitled to attorneys' fees in the amount of **$8,013**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day February 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt